| UNITED STATES BANKRUPTCY COURT <br> _Southern_ DISTRICT OF _Texas_ | VOLUNTARY PETITION |
|---|---|
| IN RE (Name of debtor - If individual, enter Last, First, Middle) <br> **SHARON L. PIPER** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names.) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden, and trade names.) |
| SOC. SEC. / TAX I.D. NO. (If more than one, state all.) <br> ███-██-4655 | SOC. SEC. / TAX I.D. NO. (If more than one, state all.) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) <br> 7143 Roos <br> Houston, Texas 77074 <br> COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS <br> Harris | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code) <br> COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | VENUE (Check one box) <br> ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| TYPE OF DEBTOR <br> ☒ Individual <br> ☐ Joint (Husband & Wife) <br> ☐ Partnership <br> ☐ Other: <br> ☐ Corporation Publicly Held <br> ☐ Corporation Not Publicly Held <br> ☐ Municipality <br><br> NATURE OF DEBT <br> ☒ Non-Business / Consumer   ☐ Business - Complete A & B below <br><br> A. TYPE OF BUSINESS (Check one box) <br> ☐ Farming   ☐ Transportation   ☐ Commodity Broker <br> ☐ Professional   ☐ Manufacturing/ Mining   ☐ Construction <br> ☐ Retail / Wholesale   ☐ Real Estate <br> ☐ Railroad   ☐ Stockbroker   ☐ Other Business <br><br> B. BRIEFLY DESCRIBE NATURE OF BUSINESS | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) <br> ☐ Chapter 7   ☐ Chapter 11   ☒ Chapter 13 <br> ☐ Chapter 9   ☐ Chapter 12   ☐ Sec. 304 - Case Ancillary to Foreign Proceeding <br><br> FILING FEE (Check one box) <br> ☐ Filing fee attached <br> ☒ Filing fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. <br><br> NAME AND ADDRESS OF LAW FIRM OR ATTORNEY <br><br> Telephone No. <br><br> NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR (Print or Type Names) <br><br> ☒ Debtor is not represented by an attorney |

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604) (Estimates only) (Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. <br><br> ESTIMATED NUMBER OF CREDITORS <br> ☒ 1-15   ☐ 16-49   ☐ 50-99   ☐ 100-199   ☐ 200-999   ☐ 1000-over <br><br> ESTIMATED ASSETS (In thousands of dollars) <br> ☐ Under 50   ☐ 50-99   ☒ 100-499   ☐ 500-999   ☐ 1000-9999   ☐ 10,000-99,000   ☐ 100,000-over <br><br> ESTIMATED LIABILITIES (In thousands of dollars) <br> ☐ Under 50   ☐ 50-99   ☒ 100-499   ☐ 500-999   ☐ 1000-9999   ☐ 10,000-99,000   ☐ 100,000-over <br><br> ESTIMATED NO. OF EMPLOYEES - CHAPTER 11 & 12 ONLY <br> ☐ 0   ☐ 1-19   ☐ 20-99   ☐ 100-999   ☐ 1000-over <br><br> ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CHAPTER 11 & 12 ONLY <br> ☐ 0   ☐ 1-19   ☐ 20-99   ☐ 100-499   ☐ 500-over | United States District Court <br> Southern District of Texas <br> FILED <br><br> JUN 0 2 2009 <br><br> Michael N. Milby <br> Clerk of Court |

E-Z LEGAL FORMS® • Sunrise, FL 33351 (305-748-4832)          K100 - 4

Name of Debtor _Sharon Piper_

Case No. _____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☑ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | 6/1/09 |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES

#### ATTORNEY

X _____
Signature                                Date

#### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _Sharon L. Piper_
Signature of Debtor
6-2-09        832-668-0923
Date

X _____
Signature of Joint Debtor

Date

#### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of the petition on behalf of the debtor has been authorized.

X _____
Signature of Authorized Individual

Print or Type Name of Authorized Individual

Title of Individual Authorized by Debtor to File this Petition

Date

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS ( SEE P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____
Signature of Debtor                       Date

X _____
Signature of Joint Debtor                 Date

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney                     Date

Form B6D-Cont.
(6/90)

In re _Sharon Piper_, Debtor

Case No. _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Texas One Credit Union  2100 Westloop South #1075  Houston, Texas 77027 | | | Home Mortgage  VALUE $ | | | | 19,000.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal -> (Total of this page) $ 19,000.00

Total -> (Use only on last page) $

(Report total also on Summary of Schedules)

E-Z LEGAL FORMS® • Sunrise, FL 33351 (305-748-4832)

K100-18